1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

| | |
|---|---|
| 12  GERALDINE BREAUD, INDIVIDUALLY, | Case No. 1:16-cv-01932-LJO-SKO |
| 13              Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING** |
| 14         v. | **TRANSFER TO MDL 2592** |
| 15  JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON | Date:      February 9, 2017 |
| 16  PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON | Time:      8:30 a.m. |
|     COMPANY; JANSSEN ORTHO, LLC; JANSSEN | Judge:    Hon. Lawrence J. O'Neill |
| 17  PHARMACEUTICALS, INC. F/K/A JANSSEN | Courtroom: 4 |
|     PHARMACEUTICA INC., F/K/A ORTHO- | |
| 18  MCNEIL-JANSSEN PHARMACEUTICALS, | |
|     INC.; BAYER CORPORATION; BAYER | |
| 19  HEALTHCARE LLC; AND BAYER | |
|     HEALTHCARE PHARMACEUTICALS INC.; | |
| 20  BAYER PHARMA AG; BAYER HEALTHCARE | |
|     AG; BAYER AG; MCKESSON CORPORATION; | |
| 21  AND JOHN DOES 1-100; INCLUSIVE, | |
| 22              Defendants. | |
| 23 | |

24
25
26
27
28

1    Defendants Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc.,

2   Janssen Ortho LLC and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Defendants")

3   Motion to Stay Pending Transfer to MDL 2592 was set for hearing on February 9, 2017.  All

4   parties were given notice and an opportunity to be heard by its counsel of record.  Oppositions

5   were due January 26, 2017.  None were filed. Having reviewed all of the papers and admissible

6   evidence filed in support of the motion and for good cause appearing:

7    IT IS HEREBY ORDERED THAT

8    (1) Defendants' Motion to Stay Pending Transfer to MDL 2592 is suitable for decision on

9   the papers pursuant to Local Rule 230(g);

10    (2) The motion is GRANTED and this action is hereby stayed.

11    (3) The hearing on the motion, set for February 9, 2017, is VACATED; and

12    (4) The Parties shall notify the Court of the Judicial Panel on Multi-District Litigation's

13   decision regarding transfer and coordination within 14 days after that decision is received.

14
15   IT IS SO ORDERED.

16    Dated:   **February 3, 2017**    **/s/ Lawrence J. O'Neill**
17                           UNITED STATES CHIEF DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28